IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

STEVEN TODD ASHWORTH,

    Movant,

v.                                    CIVIL ACTION NO.    2:06-0865
                                      CRIMINAL ACTION NO. 2:03-0278-1

UNITED STATES OF AMERICA,

    Respondent.

### MEMORANDUM OPINION AND JUDGMENT ORDER

By Standing Order filed in this case on October 11, 2006, this matter was referred to United States Magistrate Judge Mary E. Stanley.  Pursuant to 28 U.S.C. § 636(b)(1)(B), the Standing Order directs Magistrate Judge Stanley to submit proposed findings and recommendation concerning the disposition of this matter. Magistrate Judge Stanley submitted her Proposed Findings and Recommendation on November 13, 2006, and proposed that this court grant movant's 28 U.S.C. § 2255 motion concerning the denial of his direct appeal, and vacate and re-enter movant's criminal judgment to allow for a new appeal period.  (Doc. No. 168.)

In accordance with the provisions of 28 U.S.C. § 636(b), the parties were allotted ten days, plus three mailing days, in which to file any objections to Magistrate Judge Stanley's Proposed Findings and Recommendation.  Neither party filed any objections to the magistrate judge's proposed findings.  The failure of any party to file objections within the appropriate time frame constitutes a waiver of such party's right to a de novo review by

this court.  <u>Snyder v. Ridenour</u>, 889 F.2d 1363 (4th Cir. 1989);
<u>Thomas v. Arn</u>, 474 U.S. 140 (1985).

Having reviewed the Findings and Recommendation filed by
Magistrate Judge Stanley, the court (1) **CONFIRMS** and **ACCEPTS** the
magistrate judge's findings; (2) **GRANTS** movant's motion under 28
U.S.C. § 2255 (Doc. No. 161); (3) **VACATES** movant's Amended
Judgment in Criminal Case Number 2:03-0278-01; and (4) **RE-ENTERS**
the Amended Judgment without change.  An Amended Judgment in a
Criminal Case, Amended Sealed Memorandum of Sentencing Hearing,
and Amended Sealed Statement of Reasons will be entered in
movant's criminal case contemporaneously with this order.

As a result of the court's vacating and re-entering of the
Amended Judgment entered upon movant's resentencing in October of
2005, the time period for movant to appeal that resentencing
begins anew with the re-entry of the Amended Judgment in movant's
criminal case.  The court informs movant again of his right to
appeal the sentence imposed at his resentencing hearing in October
of 2005, and the requirement that in order to initiate such an
appeal, a Notice of Appeal must be filed in this court within 10
days of the re-entry of the Amended Judgment.  Movant is advised
that if he wishes to appeal the sentence and cannot afford to hire
counsel to represent him on appeal, the court will appoint counsel
for him.  Movant is further advised that if he so requests, the
Clerk of the court will prepare and file a notice of appeal on his
behalf.

-2-

The Clerk is directed to remove this action from the active docket of this court, and to forward a copy of this Memorandum Opinion and Judgment Order to all counsel of record and the movant.

IT IS **SO ORDERED** this 6th day of December, 2006.

ENTER:

David A. Faber
Chief Judge